## Fannie G. Anderson, Appellee, v. Trust Company of Chicago, Appellant.

### Gen. No. 40,736. (Abstract of Decision.)

Heard in second division, first district, this court at June term, 1939; opinion filed May 28, 1940; rehearing denied June 12, 1940. March & Rossiter, for appellant; Edward S. Coath, for appellee; John J. Lyons, of counsel. Opinion by JUSTICE FRIEND. "Not to be published in full."

## Alfred Johnson, Appellee, v. Edward Balmes, Appellant.

### Gen. No. 40,965. (Abstract of Decision.)

Heard in second division, first district, this court at October term, 1939; opinion filed May 28, 1940. Arthur R. Wolfe, for appellant; James G. Barber, for appellee. Opinion by JUSTICE FRIEND. "Not to be published in full."